IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JUSTIN VANDEVANDER,

    Plaintiff,                                       Civil Case No.: 3:16-cv-04502

v.

STERLING JEWELERS INC.,
d/b/a JARED THE GALLERIA OF JEWELRY

    Defendant.

_____/

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the Parties' Joint Stipulation and Motion for Dismissal with Prejudice. The Court having reviewed the stipulation and the record and being otherwise duly advised, and the Parties having agreed, it is hereby **ORDERED and ADJUDGED** that:

    1.    The Joint Stipulation and Motion for Dismissal with Prejudice is GRANTED.

    2.    This action and all claims asserted by the Plaintiff in this action are hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs incurred in this action.

    3.    The Court directs the Clerk to close the file for this action.

ENTER:    September ~~September~~ Oct 3, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE